

**FILED**
NOV 16 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDUARDO SANTANA | No. **17 CR 760**<br><br>Violations: Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A); Title 21, United States Code, Section 841(a)(1) |

**JUDGE KENNELLY**
**MAGISTRATE JUDGE MASON**

### COUNT ONE

The SPECIAL JULY 2016 GRAND JURY charges:

On or about October 17, 2017, at Evanston, in the Northern District of Illinois, Eastern Division,

EDUARDO SANTANA,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JULY 2016 GRAND JURY further charges:

On or about October 17, 2017, at Evanston, in the Northern District of Illinois, Eastern Division,

EDUARDO SANTANA,

defendant herein, did knowingly possess a firearm, namely, a loaded Strum, Ruger & Co. Inc., model P90DC, .45ACP caliber semiautomatic pistol, bearing serial number 661-98039, in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## **COUNT THREE**

The SPECIAL JULY 2016 GRAND JURY further charges:

On or about October 17, 2017, at Evanston, in the Northern District of Illinois, Eastern Division,

EDUARDO SANTANA,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Strum, Ruger & Co. Inc., model P90DC, .45ACP caliber semiautomatic pistol, bearing serial number 661-98039, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

The SPECIAL JULY 2016 GRAND JURY further charges:

On or about October 18, 2017, at Skokie, in the Northern District of Illinois, Eastern Division,

EDUARDO SANTANA,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Interarms, model PPK/S, .380ACP caliber semiautomatic pistol, bearing an obliterated serial number, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

# **FORFEITURE ALLEGATION**

The SPECIAL JULY 2016 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 21, United States Code, Sections 841, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner and part, to commit and facilitate commission of the offense, as provided in Title 21, United States Code, Section 853(a).

2. In addition, defendant shall forfeit to the United States of America, any firearm and ammunition involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

3. The property to be forfeited includes, but is not limited to:

    a. approximately $3,831 United States currency;

    b. a Strum, Ruger & Co. Inc., model P90DC, .45ACP caliber semiautomatic pistol, bearing serial number 661-98039, and associated ammunition; and

    c. an Interarms, model PPK/S, .380ACP caliber semiautomatic pistol, bearing an obliterated serial number, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY