UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDUARDO SANTANA | No. 17 CR 760<br><br>Honorable Matthew F. Kennelly |

**MOTION TO DISMISS INDICTMENT**

The United States, by and through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), that the indictment returned against defendant EDUARDO SANTANA on November 16, 2017, in the above-captioned case be dismissed without prejudice.

                                              Respectfully submitted,
                                              JOHN R. LAUSCH, JR.
                                              United States Attorney

By: */s/Jeannice W. Appenteng*
      JEANNICE W. APPENTENG
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-5357